99-00842 Otero v State of Texas.wpd



No. 04-99-00842-CR


Noe OTERO,


Appellant


v.


The STATE of Texas,


Appellee


From the 290th Judicial District Court, Bexar County, Texas


Trial Court No. 98-CR-2982


Honorable Sharon MacRae, Judge Presiding


PER CURIAM

Sitting: Justice Alma L. López

 Justice Catherine Stone

 Justice Paul W. Green 

Delivered and Filed: January 12, 2000

APPEAL DISMISSED

 Appellant, Noe Otero, filed a notice of appeal pro se. He now wishes to withdraw his notice
of appeal and moves pro se for dismissal of the appeal. His motion is granted and the appeal is
dismissed.

 Per Curiam

DO NOT PUBLISH